DAVID ALLARD (State Bar # 297762)
3017 Douglas Blvd Suite 300
Roseville, CA 95661
Telephone: (916) 432-5429
Fax: (916) 784-3855
email: david@aklawgroup.net

Of Counsel to:
CREDIT REPAIR LAWYERS OF AMERICA
39111 Six Mile Road, Suite 142,
Livonia, MI 48152
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Amberly Torres*

# IN UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| Amberly Torres,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Trans Union, LLC, and Oportun, Inc.,<br>　　　　Defendants. | Case No.:<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMAND** |

1

PLAINTIFF'S COMPLAINT

NOW COMES THE PLAINTIFF, AMBERLY TORRES, BY AND THROUGH COUNSEL, DAVID ALLARD, and for her Complaint against the Defendants, pleads as follows:

## JURISDICTION

1. Jurisdiction of this court arises under 15 U.S.C. §1681p.

2. This is an action brought by a consumer for violation of the Fair Credit Reporting Act (15 U.S.C. §1681, *et seq*. [hereinafter "FCRA"]).

## VENUE

3. The transactions and occurrences which give rise to this action occurred in the City of Peris, Riverside County, California.

4. Venue is proper in the Central District of California.

## PARTIES

5. Plaintiff is a natural person residing in the City of Perris, Riverside County, California.

6. The Defendants to this lawsuit are:

   a. Trans Union, LLC ("Trans Union") is a foreign limited liability company that conducts business in the State of California; and

   b. Oportun, Inc. ("Oportun") is a foreign corporation that conducts business in the State of California.

## **GENERAL ALLEGATIONS**

7. Oportun is inaccurately reporting its account ("False Tradeline") on Plaintiff's Trans Union credit disclosure.

8. Oportun is inaccurately reporting with an open date of July 2021.

9. The account reflected by the False Tradeline does not belong to Plaintiff as she is a victim of identity theft.

10. On June 10, 2022, Plaintiff obtained her Trans Union credit disclosure and noticed the False Tradeline reporting.

11. On May 19, 2022, Plaintiff filed a police report with the Riverside County Sheriff's Department regarding the identity theft.

12. On June 10, 2022, Plaintiff, through her attorney of record, Credit Repair Lawyers of America, submitted a letter to Trans Union disputing the False Tradeline.

13. In her dispute letter, Plaintiff explained the account reflected by the False Tradeline do not belong to her as she is a victim of identity theft. She attached a copy of the police report and asked Trans Union to delete the False Tradeline.

14. Trans Union forwarded Plaintiff's consumer dispute to Oportun.

15. Oportun received Plaintiff's consumer dispute from Trans Union.

PLAINTIFF'S COMPLAINT

16. On July 30, 2022, Plaintiff obtained her credit disclosure from Trans Union which showed that Trans Union and Oportun failed or refused to delete the False Tradeline.

17. The False Tradeline is false and misleading to any user of the Plaintiff's credit report who would consider extending credit to the Plaintiff. The False Tradeline create a false impression to potential credit grantors that Plaintiff continues to have obligations on a debt when in fact there are no obligations. This causes the Plaintiff damages by reducing the Plaintiff's opportunities for credit and employment. The False Tradeline also causes damage by negatively impacting Plaintiff's credit score.

18. As a direct and proximate cause of the Defendants' negligent and/or willful failure to comply with the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*, ("FCRA"), Plaintiff has suffered credit and emotional damages. Plaintiff has also experienced undue stress, anxiety, agitation, anger, panic attacks, crying spells, and embarrassment due along with loss of sleep, inability to concentrate, and restlessness/discomfort due to Defendants' failure to correct the errors in her credit file or improve her financial situation by obtaining new or more favorable credit terms as a result of the Defendants' violations of the FCRA.

PLAINTIFF'S COMPLAINT

# FIRST CAUSE OF ACTION

## NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT BY OPORTUN, INC.

19. Plaintiff realleges the above paragraphs as if recited verbatim.

20. After being informed by Trans Union of Plaintiff's False Tradeline, Oportun negligently failed to conduct a proper investigation of Plaintiff's dispute as required by 15 USC 1681s-2(b).

21. Affirm negligently failed to review all relevant information available to it and provided by Trans Union in conducting its reinvestigation as required by 15 USC 1681s-2(b). Specifically, it failed to direct Trans Union to delete the False Tradeline.

22. The False Tradeline is inaccurate and creates a misleading impression on Plaintiff's consumer credit file with Trans Union to which it is reporting such tradeline.

23. As a direct and proximate cause of Oportun's negligent failure to perform its duties under the FCRA, Plaintiff has suffered damages, mental anguish, suffering, humiliation, and embarrassment.

24. Oportun is liable to Plaintiff by reason of its violations of the FCRA in an amount to be determined by the trier of fact together with reasonable attorneys' fees pursuant to 15 USC 1681o.

25. Plaintiff has a private right of action to assert claims against Oportun arising under 15 USC 1681s-2(b).

**WHEREFORE, PLAINTIFF PRAYS** that this court grant her a judgment against Oportun for damages, costs, interest, and attorneys' fees.

## SECOND CAUSE OF ACTION

## WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT BY OPORTUN, INC.

26. Plaintiff realleges the above paragraphs as if recited verbatim.

27. After being informed by Trans Union that Plaintiff disputed the accuracy of the information it was providing, Oportun willfully failed to conduct a proper reinvestigation of Plaintiff's dispute.

28. Oportun willfully failed to review all relevant information available to it and provided by Trans Union as required by 15 USC 1681s-2(b).

29. As a direct and proximate cause of Oportun's willful failure to perform its duties under the FCRA, Plaintiff has suffered damages, mental anguish, suffering, humiliation, and embarrassment.

30. Oportun is liable to Plaintiff for either statutory damages or actual damages she has sustained by reason of its violations of the FCRA in an amount to be determined by the trier of fact, together with an award of punitive damages in the

PLAINTIFF'S COMPLAINT

amount to be determined by the trier of fact, as well as for reasonable attorneys' fees that she may recover pursuant to 15 USC 1681n.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant her a judgment against Oportun for the greater of statutory or actual damages, plus punitive damages, along with costs, interest, and attorneys' fees.

### THIRD CAUSE OF ACTION

### NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT BY TRANS UNION

61. Plaintiff realleges the above paragraphs as if recited verbatim.

62. Defendant Trans Union prepared, compiled, issued, assembled, transferred, published, and otherwise produced consumer reports regarding Plaintiff as that term is defined in 15 USC 1681a.

63. Such reports contained information about Plaintiff that was false, misleading, and inaccurate.

64. Trans Union negligently failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to Plaintiff, in violation of 15 USC 1681e(b).

65. After receiving Plaintiff's consumer dispute to the False Tradeline, Trans Union negligently failed to conduct a reasonable reinvestigation as required by 15 U.S.C. 1681i.

66. As a direct and proximate cause of Trans Union's negligent failure to perform its duties under the FCRA, Plaintiff has suffered actual damages, mental anguish and suffering, humiliation, and embarrassment.

67. Trans Union is liable to Plaintiff by reason of its violation of the FCRA in an amount to be determined by the trier of fact together with her reasonable attorneys' fees pursuant to 15 USC 1681o.

**WHEREFORE, PLAINTIFF PRAYS** that this court grants her a judgment against Trans Union for actual damages, costs, interest, and attorneys' fees.

## FOURTH CAUSE OF ACTION

### WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT BY TRANS UNION

68. Plaintiff realleges the above paragraphs as if recited verbatim.

69. Defendant Trans Union prepared, compiled, issued, assembled, transferred, published, and otherwise produced consumer reports regarding Plaintiff as that term is defined in 15 USC 1681a.

70. Such reports contained information about Plaintiff that was false, misleading, and inaccurate.

71. Trans Union willfully failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information that it reported to one or more third parties pertaining to Plaintiff, in violation of 15 USC 1681e(b).

72. After receiving Plaintiff's consumer dispute to the False Tradeline, Trans Union willfully failed to conduct a reasonable reinvestigation as required by 15 U.S.C. 1681i.

73. As a direct and proximate cause of Trans Union's willful failure to perform its duties under the FCRA, Plaintiff has suffered actual damages, mental anguish and suffering, humiliation, and embarrassment.

74. Trans Union is liable to Plaintiff by reason of its violations of the FCRA in an amount to be determined by the trier of fact together with her reasonable attorneys' fees pursuant to 15 USC 1681n.

**WHEREFORE, PLAINTIFF PRAYS** that this court grants her a judgment against Trans Union for the greater of statutory or actual damages, plus punitive damages along with costs, interest, and reasonable attorneys' fees.

### JURY DEMAND

Plaintiff hereby demands a trial by Jury.

DATED: August 4, 2022             AK LAW GROUP

By:    */s/  David Allard*
David Allard
Attorneys for Plaintiff,
Amberly Torres