DAVID ALLARD (State Bar # 297762)
3017 Douglas Blvd Suite 300
Roseville, CA 95661
Telephone: (916) 432-5429
Fax: (916) 784-3855
email: david@aklawgroup.net

Of Counsel to:
CREDIT REPAIR LAWYERS OF AMERICA
39111 Six Mile Road, Suite 142,
Livonia, MI 48152
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Amberly Torres*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Amberly Torres,<br><br>    Plaintiff,<br><br>vs.<br><br>Trans Union, LLC, et. al.,<br><br>    Defendants. | Case No.:  5:22-cv-01376-SSS-SHK<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION, LLC ONLY** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Trans Union, LLC, in the above-captioned case have reached a settlement.  The parties anticipate

1

filing a Voluntary Dismissal with Prejudice as to Defendant Trans Union, LLC ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 15th day of November 2022.

          AK LAW GROUP

          By:   */s/ David Allard*
          David Allard
          Attorneys for Plaintiff,
          Amberly Torres