Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

[Additional Attorneys on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amberly Torres,<br><br>Plaintiff,<br><br>vs.<br><br>Trans Union, LLC, and Oportun, Inc.,<br><br>Defendants. | Case No.: 5:22-cv-01376-SSS-SHK<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT OPORTUN, INC.** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Oportun, Inc., in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation for Dismissal with Prejudice as to Defendant Oportun, Inc., pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 10th day of February 2023.

By:   /s/ Mark L. Javitch
Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

Notice of Settlement                                            5:22-cv-01376-SSS-SHK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Of Counsel to:
Credit Repair Lawyers of America
39111 Six Mile Road, Suite 142
Livonia, MI 48152
Telephone: (248) 353-2882
Facsimile: (248) 353-4840
*Attorney for Plaintiff*

Notice of Settlement                                                                 5:22-cv-01376-SSS-SHK